SINNOTT v. WARD BREAD CO. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Louise Sinnott against the Ward Bread Company. No opinion. Motion to dismiss appeal denied. Order filed.

SKEELE COAL CO., Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Appeal from Trial Term, New York County. Action by the Skeele Coal Company against Charles T. Baker. From an order denying defendant's motion for a commission to take depositions of witnesses without the state, the defendant appeals. Reversed, and motion granted. Manning Stires, of New York City, for appellant. Nicholas W. Hacker, of New York City, for respondent.

PER CURIAM. We think the defendant was entitled to a commission for the purpose of taking the evidence of the witnesses. The order should therefore be reversed, with $10 costs and disbursements, and the motion for a commission on written interrogatories and cross-interrogatories granted; the question of the stay of trial to be left to the trial judge.

SKIBA v. HOLBROOK, CABOT & ROLLINS CORP. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Josef Skiba against the Holbrook, Cabot & Rollins Corporation. No opinion. Application denied, with $10 costs. Order signed.

SLATER, Respondent, v. HANNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Edward Slater against Rufus F. Hanning. No opinion. Judgment affirmed, with costs.

SLATTER, Appellant, v. C. F. BOND CO., Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by George Slatter against the C. F. Bond Company. M. E. Joffe, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SLOANE, Respondent, v. MULVANY et al., Appellants. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Walter H. Sloane, as executor, etc., against Emma F. Mulvany as general guardian, etc., and others. G. B. Rosenheim, of New York City, for appellants. C. I. McBurney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re SMITH. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of Whitmel H. Smith, an attorney. No opinion. Motion granted. See, also, 158 App. Div. 942, 143 N. Y. Supp. 1144; 147 N. Y. Supp. 1142.

In re SMITH. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) In the matter of Whitmel H. Smith, an attorney. No opinion. Order signed. See, also, 147 N. Y. Supp. 1142.

SMITH, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Irving E. Smith against the Buffalo, Lockport & Rochester Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion to amend decision, denied. For former decision, see 145 N. Y. Supp. 1145.

SMITH, Respondent, v. FLYNN, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Herman Armour Smith against Charles B. Flynn.

PER CURIAM. In view of the nature of the cause of action and the defenses raised, defendant has legitimate grounds to examine plaintiff before trial. Being satisfied of defendant's good faith, the court in its discretion may allow such discovery and with the right to examine as to all the defenses raised. Herbage v. City of Utica, 109 N. Y. 81, 16 N. E. 62; Alden v. O'Brien, 138 App. Div. 249, 122 N. Y. Supp. 910; Kornbluth v. Isaacs, 149 App. Div. 108, 133 N. Y. Supp. 737. While ordinarily we are not disposed to review such an exercise of discretion by the Special Term, we think that the examination here sought can throw much light upon these issues, and that therefore, in the interests of justice, it should be granted. Order of the Special Term, in so far as appealed from, reversed, with $10 costs and disbursements, and plaintiff's motion to vacate order for examination denied, with $10 costs.

SMITH, Respondent, v. JAMES T. HAVERTY'S STABLES, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Thomas Smith against James T. Haverty's Stables. J. W. Browne, of New York City, for appellant. B. Gordon, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 157 App. Div. 777, 142 N. Y. Supp. 764; 147 N. Y. Supp. 1142.

SMITH v. JAMES T. HAVERTY'S STABLES. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Thomas Smith against the James T. Haverty's Stables. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1142.

SMITH, Appellant, v. STARK–NELLIS REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Eleanor C. Northrop Smith against the Stark-Nellis Realty Company and others.

PER CURIAM. Judgment affirmed, with costs.

LAMBERT, J., not sitting.

SOFRANSKI BROS., INC., v. H. C. F. KOCH & CO. (Supreme Court, Appellate Term, First Department. May 7, 1914.) Ap-